UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )    Case No. 13bk44901
    Demitrios G Gountanis                        )
                                                    )    Chapter 11
                                                    )
                 Debtor.                       )    Honorable Timothy A. Barnes
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ROSS WEISMAN, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 11,464.00 | TOTAL COSTS REQUESTED: | $ 1,439.24 |
| TOTAL FEES REDUCED: | $ 252.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 11,212.00 | TOTAL COSTS ALLOWED: | $ 1,439.24 |

**TOTAL FEES AND COSTS ALLOWED: $ 12,651.24**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Clerical Work Not Compensable – TOTAL of disallowed amounts (50% of affected entries): $ 252.00**

    The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services). The entries made in this category appear to do both clerical and paralegal tasks and, therefore, the court disallowed half of the amount of the entries.

Dated: _____, 2014

**18 MAR 2014**

                                                               Timothy A. Barnes
                                                               United States Bankruptcy Judge

# WEISMAN AND WEISMAN P.C.

### ATTORNEYS AT LAW

MANUEL WEISMAN (1926-1976)
JAY WEISMAN (1960-2009)
ROSS H. WEISMAN

100 NORTH LASALLE STREET
SUITE 1910
CHICAGO, ILLINOIS 60602
(312) 782-3750
FAX (312) 782-3719

FEBRUARY 20, 2014

GOUNTANIS BANKRUPTCY
Mr. Demitrios Gountainis
4600 N. Cumberland #609
Chicago, IL 60656

In RE: Demitrios Gountanis
Case No. 13 B 44901

| DATE | | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|---|
| SERVICES RENDERED | | | | | |
| 11/19/13 | ADM | Final Review of Chapter 11 BK Petition and preparation for filing | 1.90 (RHW) | $760.00 | |
| 11/19/13 | ADM | Preparation of Chapter 11 BK Petition | 2.50 (DC) | $300.00 | |
| 11/20/13 | FIN | Drafting of Motions for Entry of Order permitting Debtor Interim Use of Cash Collateral for North Community Bank and Banco Popular. Motions set for November 27, 2013 at 9:30 a.m. | 2.20 (RHW) | $880.00 | |
| 11/20/13 | FIN | Assembling and Faxing Motions for Entry Of Order permitting use of Cash Collateral for North Community Bank and Banco Popular on emergency basis. Motions for November 27, 2013. | 4.10 (DC) | $492.00 | (1) Clerical - not compensable |
| 11/21/13 | FIN | Conversation with Miriam Stein (attorney for Banco Popular and North Community Bank) RE: Status and Motions. | .10 (RHW) | $40.00 | |

EXHIBIT A

| Date | Code | Description | Time | Amount | Notes |
|---|---|---|---|---|---|
| 11/21/13 | ADM | Conversation with Robert Benjamin RE: Status of Motions and First Meeting. | .10 (RHW) | $ 40.00 | |
| 11/21/13 | ADM | Letter to client RE: First Meeting set for December 12, 2013 at 2:00 p.m and counseling. Copy of Petition and Section 341 Notice. | .50 (RHW) | $200.00 | |
| 11/21/13 | ADM | Conversation with Mr. Tom Thornton (U.S. Trustee Office) RE: Initial Debtor Interview. Interview waived. | .20 (RHW) | $ 80.00 | |
| 11/22/13 | ADM | Letter to Roman Sukley RE: Insurance Information. | .30 (RHW) | $120.00 | |
| 11/24/13 | FIN | Review of file. Preparation for Hearing on November 27, 2013 re: Cash Collateral Motions. | .40 (RHW) | $160.00 | |
| 11/27/13 | FIN | Meeting with client to prepare for Cash Collateral Orders RE: Banco Popular and North Community Bank. | .80 (RHW) | $320.00 | |
| 11/27/13 | FIN | Appearance in Court on Motions. Orders entered RE: Cash Collateral Orders. Case transferred to Judge Barnes. Status on Cash Collateral Orders set for December 18, 2013 at 10:30 a.m. before Judge Barnes. | .50 (RHW) | $200.00 | |
| 11/27/13 | FIN | Copies of Orders sent to creditors | .10 (DC) | $ 12.00 | (1) Clerical - not compensable |
| 11/27/13 | ADM | Preparation of Application to employ Weisman and Weisman as counsel for Debtor and Affidavit (set for December 18, 2013). | 2.00 (RHW) | $800.00 | |
| 11/27/13 | ADM | Preparation of Motion to set last date for Proofs of Claim (set for December 10, 2013). | 1.00 (RHW) | $400.00 | |

| Date | Type | Description | Hours | Amount |
|---|---|---|---|---|
| 11/27/13 | ADM | Filed Verification RE: Operating Instructions to Debtor. | .20 (RHW) | $ 80.00 |
| 12/10/13 | ADM | Appearance in Court on Motion to Set Bar Date for Claims. Governmental claims bar set for May 19, 2014. Other claims bar set for February 19, 2014. | 1.00 (RHW) | $400.00 |
| 12/12/13 | ADM | Copy of Order of 12/10/13 to creditors RE: Claims bar date. | .50 (DC) | $ 60.00 |
| 12/12/13 | ADM | Preparation with client for First Meeting of Creditors | 1.00 (RHW) | $400.00 |
| 12/12/13 | ADM | Attendance at First Meeting of Creditors. | 1.10 (RHW) | $440.00 |
| 12/17/13 | FIN | Preparation of Second Cash Collateral Order for Banco Popular and North Community Bank. | .40 (RHW) | $160.00 |
| 12/18/13 | ADM | Appearance in Court RE: Application for Employment of Weisman & Weisman, P.C. as attorneys for Debtor. Order entered. Second Cash Collateral Order entered RE: Banco Popular and North Community Bank. Status set for January 21, 2014 at 10:30 a.m. Plan due on March 19, 2014. Status on Plan set for March 26, 2014 at 10:00 a.m. | 1.20 (RHW) | $480.00 |
| 12/19/13 | ADM | E-mail to client RE: 12/18/13 Court. | .20 (RHW) | $ 80.00 |
| 12/19/13 | ADM | Preparation and filing of Initial Monthly Operating Report and Notice of Filing. | 1.80 (RHW) | $720.00 |
| 1/17/14 | ADM | Preparation of Debtors Certification of Completion of Post-Petition Instructional Course. Filed with Clerk. | .50 (RHW) | $200.00 |
| 1/17/14 | ADM | Review draft of November Operating Report and return with comments | 1.00 (RHW) | $400.00 |

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 1/17/14 | ADM | Review draft of December Operating Report and return to Debtor with comments | .80 (RHW) | $320.00 |
| 1/21/14 | ADM | Final review and approval for filing November/December operating reports | .50 (RHW) | $200.00 |
| 1/21/14 | FIN | Preparation of Third Cash Collateral Order RE: Plaza Bank and Banco Popular. | .80 (RHW) | $320.00 |
| 1/21/14 | FIN | Appearance in Court for Hearing on Cash Collateral Orders. Continued for Hearing to February 25, 2014 at 10:30 a.m. | 1.00 (RHW) | $400.00 |
| 1/28/14 | FIN | Conference with RRB regarding secured Loans and value of Real Estate | 1.00 (RHW) | $400.00 |
| 1/28/14 | PLAN | Commence review of finances and secured interests for Plan terms. | 2.00 (RHW) | $800.00 |
| 2/18/14 | FEE | Commence compiling data for First Interim Fee Petition. | 1.00 (RHW) | $400.00 |
| 2/20/14 | FEE | Complete and file First Interim Fee Petition. | 1.00 (RHW) | $400.00 |

## COSTS

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/19/13 | ADM | Filing fee for Chapter 11 BK | $ 1,213.00 |
| 11/20/13 | FIN | Photocopier charge for Motions for Entry of Order permitting use of Cash Collateral for North Community Bank and Banco Popular (1,498 pages) | $ 149.80 |
| 11/20/13 | FIN | Postage Charge for Motions for Entry of Order permitting use of Cash Collateral for North Community Bank and Banco Popular | $ 31.44 |
| 11/21/13 | ADM | Photocopier charge for petition and Section 341 Notice (47 pages) | $ 4.70 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/21/13 | ADM | Postage for Petition and Section 341 Notice | $ 2.52 |
| 11/27/13 | FIN | Postage for Copy of Orders RE: Cash Collateral RE: Banco Popular and North Community Bank (21 x $.66) | $ 13.86 |
| 11/27/13 | | Postage for Motion to set bar for claims and Motion to Employ Weisman & Weisman (3 x $.86). | $ 2.58 |
| 11/27/13 | | Copies of Orders RE: Cash Collateral RE: Banco Popular and North Community Bank (88 pages x $.10) | $ 8.80 |
| 12/12/13 | OBJ | Postage for Orders to creditors (19 x $.66) | $ 12.54 |

-----

| | | |
|---|---|---|
| TOTAL SERVICES RENDERED ON STATEMENT BY ROSS WEISMAN | 26.50 | $ 10,600.00 |
| TOTAL SERVICES RENDERED ON STATEMENT BY DIANE CZAPLA, paralegal | 7.20 | $ 864.00 |
| TOTAL FILING FEE | | $ 1,213.00 |
| TOTAL PHOTOCOPIER CHARGES | | $ 163.30 |
| TOTAL POSTAGE CHARGES | | $ 62.94 |
| BALANCE DUE WEISMAN & WEISMAN, P.C. | | $ 12,903.24 |

==========

RHW - $400.00 per hour

DC - $120.00 per hour