UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | |
| DEMITRIOS G GOUNTANIS | Case No. 13bk44901 |
| | Chapter 11 |
| Debtor. | Honorable Timothy A. Barnes |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ROSS WEISMAN, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 21,040.00 | TOTAL COSTS REQUESTED: | $ 30.24 |
| TOTAL FEES REDUCED: | $ 3,000.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 18,040.00 | TOTAL COSTS ALLOWED: | $ 30.24 |

**TOTAL FEES AND COSTS ALLOWED: $ 18,070.24**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     Unreasonable Time – TOTAL of disallowed amounts: $ 1,720.00**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, counsel charged over an hour to repeatedly amend a cash collateral order that had already been used. The court allowed the entry when the budget changed, but reduced entries where only minor changes were made to the already existing order.

**(2)     Computational or Typographical Error – TOTAL of disallowed amounts: $ 40.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical

entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

In this case, counsel already has an identical entry for the same day.

**(3)    Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected entries): $ 1,240.00**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

In this case, every appearance by counsel, except for one, was billed at exactly the same time increment (1.0 hour) and every drafting entry was billed in one-half or full-hour increments. Such is indicative that the true time, to the tenth of an hour, was not kept.

Dated: August 26, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

# WEISMAN AND WEISMAN P.C.

### ATTORNEYS AT LAW

MANUEL WEISMAN (1926-1976)　　　　　　　　　　　　　　　　　　　　100 NORTH LASALLE STREET
JAY WEISMAN (1960-2009)　　　　　　　　　　　　　　　　　　　　　　　　　　SUITE 1910
ROSS H. WEISMAN　　　　　　　　　　　　　　　　　　　　　　　　　CHICAGO, ILLINOIS  60602
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 782-3750
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (312) 782-3719

July 22, 2014

GOUNTANIS BANKRUPTCY
Mr. Demetrios Gountainis　　　　　　　　　　　　　　In RE: Demetrios Gountainis
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.   13 B 44901

---

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|---|-------------|-------|--------|

---

**SERVICES RENDERED**

| | DATE | | DESCRIPTION | HOURS | AMOUNT |
|---|------|---|-------------|-------|--------|
| | 2/24/14 | ADM | Review Summery of Cash Reciepts and Disbursements for period ending 1/31/14 | 0.40 (RHW) | $160.00 |
| | 3/11/14 | ADM | Preparation of Motion to Extend Time to file Chapter 11 Plan.  Set for March 19, 2014 at 10:00 a.m. | 2.00 (RHW) | $800.00 |
| | 3/17/14 | ADM | Preparation of Monthly Operating Report for February, 2014. Preparation of Notice of Filing. | 1.00 (RHW) | $400.00 |
| (3) Improper time increments | 3/18/14 | ADM | Appearance in Court on First Motion for Interim Compensation.  Order entered. | 1.00 (RHW) | $400.00 |
| (3) Improper time increments | 3/19/14 | ADM | Appearance in Court on Motion to Extend Time to File Plan.  Extended to June 27, 2014.  Hearing on 3/26/14 Stricken.  Hearing set for July 2, 2014 at 10:30 a.m. | 1.00 (RHW) | $400.00 |
| | 3/25/14 | ADM | Review Summery of Cash Receipts and Disbursements for period ending 2/28/14 | 0.40 (RHW) | $160.00 |
| | 4/1/14 | ADM | Call to with Robert Benjamin regarding Plan and negotiations. | 0.20 (RHW) | $ 80.00 |

EXHIBIT A

|  | Date | Type | Description | Time | Amount |
|---|---|---|---|---|---|
|  | 4/22/14 | ADM | Review Summery of Cash Reciepts and Disbursements for period ending 3/31/14 | 0.40 (RHW) | $160.00 |
|  | 4/24/14 | ADM | Review and draft Monthly Operating Report for March, 2014. Preparation of Notice of Filing. | 0.60 (RHW) | $240.00 |
|  | 5/8/14 | ADM | Review of e-mail from R. Wakefield (UST) RE: Fees.   E-mail to client RE: Fees. | 0.40 (RHW) | $100.00 |
|  | 5/8/14 | ADM | E-mail to client RE: Fees. | 0.10 (RHW) | $40.00 |
|  | 5/9/14 | ADM | E-mail to Bob Wakefield RE: Payment of Fees and quarterly reports. | 0.20 (RHW) | $ 80.00 |
|  | 5/21/14 | ADM | Review Monthly Operating Report for April, 2014.   Preparation of Notice of Filing. | 0.60 (RHW) | $240.00 |
|  | 5/21/14 | ADM | Discuss Monthly Operating Report with client | 0.20 (RHW) | $80.00 |
|  | 5/27/14 | ADM | Review Summery of Cash Reciepts and Disbursements for period ending 4/30/14 | 0.40 (RHW) | $160.00 |
|  | 5/27/14 | ADM | E-mail to attorney Stein and Connell RE: Proposed Orders. | 0.10 (RHW) | $40.00 |
|  | 6/24/14 | ADM | Drafting and filing of Summary Cash Reciepts and disbursements for period ending May 31, 2014. | 0.60 (RHW) | $240.00 |
| (1) Unreasonable Time: reduced by 1.0 hr. | 2/24/14 | FIN | Preparation of Fourth Cash Collateral Order RE: Plaza Bank and Banco Popular. | 1.20 (RHW) | $480.00 |
| (3) Improper time increments | 2/25/14 | FIN | Appearance in Court for Hearing on Cash Collateral Orders. Continued for Hearing to March 25, 2014 at 10:30 a.m. | 1.00 (RHW) | $400.00 |
|  | 3/17/14 | FIN | Review of settlement proposal from attorney for Banco Popular | 0.30 (RHW) | $120.00 |
| (1) Unreasonable Time: reduced by 1.0 hr. | 3/25/14 | FIN | Preparation of Fifth Cash Collateral Order RE: Plaza Bank and Banco Popular. | 1.20 (RHW) | $480.00 |
| (3) Improper time increments | 3/26/14 | FIN | Appearance in Court for Hearing on Cash Collateral Orders. Continued for Hearing to April 25, 2014 at 10:30 a.m. | 1.00 (RHW) | $400.00 |

|   | Date | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
|   | 4/2/14 | FIN | Review and agree to counter of proposal to Plaza Bank and Banco Popular. | 0.30 (RHW) | $120.00 |
|   | 4/3/14 | FIN | Conversation with Beverly Berneman RE: Teleconference with attorney for Banco. | 0.20 (RHW) | $ 80.00 |
|   | 4/10/14 | FIN | E-mails with Beverly Berneman RE: Teleconference for April 14, 2014 with Stein (attorney for Banco). | 0.20 (RHW) | $ 80.00 |
|   | 4/11/14 | FIN | Review and compare appraisals from Banco Popular with Antonios' appraisals. | 0.50 (RHW) | $200.00 |
|   | 4/11/14 | FIN | Email from Robert Benjamin regarding appraisals. | 0.20 (RHW) | $80.00 |
|   | 4/14/14 | FIN | Review of claim of IRS. | 0.30 (RHW) | $120.00 |
|   | 4/14/14 | FIN | Teleconference with Benjamin, Berneman, and Stein re: appraisal of property and settlement negotiations with Banco. | 0.30 (RHW) | $120.00 |
|   | 4/18/14 | FIN | Meeting with client RE: Cash Collateral Hearing/Status. E-mail to client RE: Meeting on April 18, 2014. | 0.40 (RHW) | $160.00 |
| (2) Typo | 4/18/14 | FIN | E-mail to client RE: Hearing/Status Meeting on April 18, 2014. | 0.10 (RHW) | $40.00 |
|   | 4/22/14 | FIN | Preparation of Sixth Cash Collateral Order RE: Plaza Bank and Banco Popular. | 1.20 (RHW) | $480.00 |
| (3) Improper time increments | 4/23/14 | FIN | Appearance in Court for Hearing on Cash Collateral Orders. Continued for Hearing to May 28, 2014 at 10:30 a.m. | 1.00 (RHW) | $400.00 |
|   | 5/9/14 | FIN | Prepare and file 1st Quarter Trustee Report | 0.80 (RHW) | $320.00 |
| (1) Unreasonable Time: reduced by 1.0 hr. | 5/27/14 | FIN | Preparation of Seventh Cash Collateral Order RE: Plaza Bank and Banco Popular. | 1.20 (RHW) | $480.00 |
| (3) Improper time increments | 5/28/14 | FIN | Appearance in Court for Hearing on Cash Collateral Orders. Continued for Hearing to June 25, 2014 at 10:30 a.m. | 1.00 (RHW) | $400.00 |
|   | 6/13/14 | FIN | Review of docketed proofs of claims. E-mail to client RE: Claims. | 1.00 (RHW) | $ 400.00 |

| | | | | | |
|---|---|---|---|---|---|
| (1) Unreasonable Time: reduced by 1.3 hr. | 6/24/14 | FIN | Preparation of Eighth Cash Collateral Order RE: Plaza Bank and Banco Popular. | 1.50 (RHW) | $600.00 |
| | 6/24/14 | FIN | Email to attorneys Stein and Connell re: Proposed Orders. | 0.40 (RHW) | $160.00 |
| | 6/25/14 | FIN | Appearance in Court for Hearing on Cash Collateral Orders. Continued for Hearing to July 23, 2014 at 10:30 a.m. Appearance in Court on Motion to Set Date for Objections to Disclosure Statement and Plan, Motion to Extend Exclusive Periods for Filing Plan, and Obtaining Acceptances of Plan, and Motion for Approval of Disclosure Statement and to Schedule Hearing. | 1.20 (RHW) | $ 480.00 |
| | 6/27/14 | FIN | Conversation with D. Brown (IRS) RE: Claim and Plan. | 0.20 (RHW) | $ 80.00 |
| | 6/27/14 | FIN | Letter to client RE: Claim of IRS and Plan. | 0.20 (RHW) | $ 80.00 |
| (3) Improper time increments | 3/14/14 | PLN | Commence drafting financial projections and analysis for disclosure statement | 4.00 (RHW) | $1,600.00 |
| (3) Improper time increments | 3/17/14 | PLN | Continued analysis of income and expenses and projected plan payments. | 1.00 (RHW) | $400.00 |
| (3) Improper time increments | 4/14/14 | PLN | Commenced drafting narrative portions of disclosure statement. | 0.50 (RHW) | $200.00 |
| (3) Improper time increments | 4/25/14 | PLN | Continue compiling and reviewing exhibits and documentation for disclosure statement. | 3.00 (RHW) | $1,200.00 |
| | 5/28/14 | PLN | Meeting with client RE: Plan | 0.50 (RHW) | $200.00 |
| (3) Improper time increments | 5/29/14 | PLN | Continue drafting Plan | 2.50 (RHW) | $1,000.00 |
| | 6/2/14 | PLN | Meeting with client to review plan. | 0.60 (RHW) | $ 240.00 |
| (3) Improper time increments | 6/2/14 | PLN | Further revisions to disclosure statement | 3.00(RHW) | $ 1,200.00 |
| (3) Improper time increments | 6/3/14 | PLN | Finalizing plan.   Filed Plan. | 2.00 (RHW) | $ 800.00 |
| (3) Improper time increments | 6/10/14 | PLN | Preparation of Notice of Motion and Motion to Set Date for Objections to Disclosure Statement and Plan. | 1.00 (RHW) | $ 400.00 |

| | | | | | |
|---|---|---|---|---|---|
| (3) Improper time increments | 6/10/14 | PLN | Notice of Motion and Motion to Extend Exclusive Periods for Filing Plan, and Obtaining Acceptances of Plan, Notice of Motion and Motion for Approval of Disclosure Statement and to Schedule Hearing. Hearing scheduled for 6/25/2014 at 10:00 AM | 2.00 (RHW) | $ 800.00 |
| (3) Improper time increments | 6/25/14 | PLN | Review, draft and finalize ballots for plan and disclosure statement. | 4.00 (RHW) | $1,600.00 |
| (3) Improper time increments | 6/27/14 | FEE | Commence compiling data for Second Interim Fee Petition. | 1.00 (RHW) | $400.00 |
| (3) Improper time increments | 6/30/14 | FEE | Complete review of time entries for Second Interim Fee Petition. | 1.00 (RHW) | $400.00 |

### COSTS

| | | |
|---|---|---|
| Postage for Ballots | | $ 30.24 |
| | | |
| TOTAL SERVICES RENDERED ON STATEMENT BY ROSS WEISMAN | 52.60 hours | $21,040.00 |
| TOTAL POSTAGE CHARGES | | $ 30.24 |
| **BALANCE DUE WEISMAN & WEISMAN, P.C.** | | **$21,070.24** |

RHW - $400.00 per hour

DC - $120.00 per hour