**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 13 B 44901** |
| **DEMITRIOS G. GOUNTANIS,** | ) | **Honorable Timothy A. Barnes** |
| | ) | **Motion Date: September 30, 2014** |
| **Debtor.** | ) | **Motion Time: 10:00 a.m.** |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on September 30, 2014, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE** shall be heard before the Honorable Timothy A. Barnes of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 613 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

**AFFIDAVIT OF SERVICE**

I, Ross H. Weisman, an attorney, certify that I caused the foregoing Notice of Motion and Motion for Entry of a Final Decree Order to be served upon the parties who receive notice via CM/ECF filing and those parties who receive notice via regular mail with postage prepaid from 100 N. LaSalle Street, Suite 1910, Chicago, IL 60602 on September 18, 2014.

/s/*Ross H. Weisman*
Ross H. Weisman

Weisman & Weisman, P.C.
Attorney for Debtor
100 N. LaSalle Street, Suite 1910
Chicago, IL 60602
(312) 782-3750

## SERVICE LIST

| | |
|---|---|
| Patrick S. Layng<br>United States Trustee<br>219 S. Dearborn, #873<br>Chicago, IL 60604<br>Via CM/ECF | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St<br>Chicago, IL 60604<br>Via Regular Mail |
| A&G Fresh Market<br>5630 W. Belmont Avenue<br>Chicago, IL 60634<br>Via Regular Mail | Demitrios G. Gountanis<br>4600 N. Cumberland, #609<br>Chicago, IL 60656<br>Via Regular Mail |
| Augustin Mercado<br>4903 N. Kruger<br>Chicago, IL 60630<br>Via Regular Mail | Casa Nostra Bakery<br>10401 W. Belmont Avenue<br>Franklin Park, IL 60131<br>Via Regular Mail |
| Chicago Sweet Connection<br>5569 N. Northwest Highway<br>Chicago, IL 60630<br>Via Facsimile: 773-283-9375 | Dimitris Economou<br>4950 W. Division<br>Chicago, IL 60651<br>Via Regular Mail |
| Golden Shield Laboratories<br>6304 W. Oakton Street<br>Morton Grove, IL 60053<br>Via Regular Mail | Hellas Electrical<br>8099 N. Elmoore<br>Niles, IL 60714<br>Via Regular Mail |
| International Meat<br>7107 W. Grand Avenue<br>Elmwood Park, IL 60707<br>Via Regular Mail<br>Lee R. Zeidman<br>4709 Gold Road, Suite 1140<br>Skokie, IL 60076<br>Via Regular Mail | Jos. Cacciatore & Co. Real Estate<br>527 S. Wells Street<br>Chicago, IL 60607<br>Via Regular Mail<br>CFS Allocation Solutions LLC, as assignee of<br>Banco Popular North America<br>Attn: Scott N. Schreiber<br>Clark Hill PLC<br>150 N. Michigan Ave., Suite 2700<br>Chicago, IL 60601<br>Via Email: sschreiber@clarkhill.com<br>Via Email: ksimpsonjones@clarkhill.com |
| North Community Bank, successor in interest<br>to Plaza Bank, by merger and consolidation<br>c/o Francisco E. Connell<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Dr., Suite 2600<br>Chicago, IL 60606<br>Via Email: fconnell@chuhak.com | |

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No. 13 B 44901 |
| **DEMITRIOS G. GOUNTANIS,** | ) | Honorable Timothy A. Barnes |
| | ) | Motion Date:  September 30, 2014 |
| Debtor. | ) | Motion Time:  10:00 a.m. |

## MOTION FOR ENTRY OF A
## FINAL DECREE ORDER

Debtor, DEMITRIOS G. GOUNTANIS ("Debtor"), by and through his attorneys, WEISMAN & WEISMAN, P.C., moves this Court to enter a final decree order and in support thereof states as follows:

1. On November 19, 2013, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor is an individual who is employed as a restaurant and banquet hall manager.

3. On August 20, 2014, this Court entered an order approving the Debtor's Disclosure Statement and confirming the Debtor's Plan of Reorganization.

4. Pursuant to the Plan, all administrative claims were to be paid in full; Priority Claims for taxes due to the Internal Revenue Service were to be paid 105% of their allowed claims *pro rata* over five years beginning on the first anniversary of the Initial Distribution Date; Class 1 Secured Claims were to be paid pursuant to amendments to the Plan incorporated in the order confirming the plan; and Class 2 Unsecured Claims were to be paid 10% of their allowed claims *pro rata* over four years beginning on the first anniversary of the Initial Distribution Date.

5. On September 18, 2014, Debtor filed a Report of Distribution (Docket No. 174).

6. There are no further matters for this Court to administer.

WHEREFORE, Debtor, DEMITRIOS G. GOUNTANIS, prays as follows:

    A.      That this Court enter a final decree order; and

    B.      For such other and further relief as this Court may deem just and proper.

                      WEISMAN & WEISMAN, P.C.

                By:    /s/*Ross H. Weisman*
                        Ross H. Weisman

Weisman & Weisman, P.C.
Attorney for Debtor
100 N. LaSalle Street, Suite 1910
Chicago, IL 60602
(312) 782-3750