UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-44901 |
| DEMITRIOS G. GOUNTANIS | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE ORDER**

THIS CAUSE COMING ON TO BE HEARD on motion of DEMITRIOS G. GOUNTANIS, ("Debtor"), for entry of a final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On November 19, 2013, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code.

2. On August 20, 2014, this Court entered an order approving the Debtor's Disclosure Statement and confirming the Debtor's Plan of Reorganization.

3. Debtor has made initial distributions under the plan.

4. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

The estate is closed.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 30, 2014

**Prepared by:**